**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Donald Daniel ROBINSON,**
**Defendant-Appellant.**

No. 16-15030
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 31, 2017)

---

David Charles Waterman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Kristen A. Fiore, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Donna Lee Elm, Federal Public Defender's Office, Orlando, FL for Defendant-Appellant

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Donald Daniel Robinson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Robinson's convictions and sentences are **AFFIRMED.**